No. 6002.—CRÉDITO Y AHORRO PONCEÑO, apldo., *v.* GAZTAMBIDE y GARCÍA DE QUEVEDO, demandados y apelante el último.—C. D. Maya-güez. ▮▮▮▮ Noviembre 10, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede sin asistencia de las partes, se desestima por abandono y por ser frívola la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Mayagüez en el caso arriba expresado.